**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: July 15, 2013**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:

Shaun Christopher Jenkins

:  Case No. 13-30261
:  SSN: XXX-XX-3246
:  Chapter 13
:  Judge Walter

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM (Docket #57)

This matter is before the Court upon the Debtors' Objection to Proof of Claim #9 of Capital One NA (Best Buy Co Inc) (Docket #57) filed on June 3, 2013. The Court, having reviewed the Objection, notes that proper service was made upon all appropriate parties, and that notice was given to said parties to file a response. The Claimant, Capital One NA (Best Buy Co Inc), has failed to file any response to the Objection.

WHEREFORE, Claim #9 of Capital One NA (Best Buy Co Inc) in the amount of $892.71 shall be paid as a general unsecured claim only..

IT IS SO ORDERED.

Copies to: Default List
Creditor:

###